# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DUSTIN ALLEN WAYMAN SIMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1446

[August 26, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562014CF001321A.

Jason M. Wandner, Miami, and Barbara Kibbey Wagner, Stuart, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***